United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

HAMED EKSIRI,

          Plaintiff,

     v.

SECRETARY OF THE DEPARTMENT
OF HOMELAND SECURITY (DHS), et al.,

          Defendants.

Case No.  26-cv-02101-LB

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jon S. Tigar, to consider whether the case is related to case number 4:25-cv-06206-JST Eksiri v. Noem et al.

**IT IS SO ORDERED.**

Dated: March 31, 2026

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 26-cv-02101-LB