CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAMED EKSIRI,<br><br>                              Plaintiff,<br><br>        v.<br><br>MARKWAYNE MULLIN[1], Secretary, United States Department of Homeland Security, *et al*.,<br><br>                              Defendants. | Case No. 4:25-cv-06206 JST<br>(*related to* 4:26-cv-2101 JST)<br><br>**JOINT STIPULATION TO REMAND; [~~PROPOSED~~ ORDER]** |

Plaintiff filed this mandamus action seeking adjudication of his Form N-400, Application for Naturalization. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on September 30, 2025, on his Form N-400 application.  The parties, through their undersigned counsel of record, hereby stipulate as follows:

1.    The Court shall remand this case to USCIS directing the agency to take call necessary action and issue a decision on Plaintiff's application for naturalization within 7 days of the remand, absent unforeseen circumstances.

2.    Upon approval of Plaintiff's N-400 application, USCIS will schedule Plaintiff an oath

_____

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

ceremony at the earliest available date.

3.      If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frames set forth above, Defendants agree not to oppose any motion by Plaintiff requesting that the Court vacate the remand order and reassert jurisdiction over Plaintiff's action.

4.      Each of the parties shall bear their own costs and fees.

Dated: June 29, 2026                                 Respectfully submitted,[2]

                                                     CRAIG H. MISSAKIAN
                                                     United States Attorney


                                                     /s/ Molly A. Friend
                                                     MOLLY A. FRIEND
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants


Dated: June 29, 2026

                                                     /s/ Sahar Mousavi
                                                     SAHAR MOUSAVI
                                                     Attorney for Plaintiff


**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: July 8, 2026

                                                     JON S. TIGAR
                                                     United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
4:25-cv-06206 JST                                    2